**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td>

NORBERTO MEDINA,

          Plaintiff - Appellant,

   v.

JAMES D. HARTLEY, Warden; et al.,

          Defendants - Appellees.

</td><td>

No. 11-16899

D.C. No. 1:10-cv-00413-SKO

MEMORANDUM[*]

</td></tr>
</table>

Appeal from the United States District Court
for the Eastern District of California
Sheila K. Oberto, Magistrate Judge, Presiding[**]

Submitted July 17, 2012[***]

Before:    SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

California state prisoner Norberto Medina appeals pro se from the district

court's orders denying his motions for reconsideration in his 42 U.S.C. § 1983

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    Medina consented to proceed before a magistrate judge.  *See* 28
U.S.C. § 636(c).

[***]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

action alleging violations of his Eighth and Fourteenth Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Latshaw v. Trainer Wortham & Co., Inc.*, 452 F.3d 1097, 1100 (9th Cir. 2006), and we affirm.

The district court did not abuse its discretion in denying Medina's motions for reconsideration because Medina failed to show grounds warranting reconsideration. *See Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993) (setting forth bases for reconsideration).

Medina's remaining contentions are unpersuasive.

**AFFIRMED.**